**EUSTACE, PREZIOSO & YAPCHANYK**
ATTORNEYS AT LAW

EDWARD M. EUSTACE
RICHARD C. PREZIOSO
CHRISTOPHER M. YAPCHANYK
LAUREN S. YANG
_____
PAUL A. TUMBLESON
REGINE DELY-LAZARD
MAUREEN E. PEKNIC
ANTHONY J. TOMARI
THOMAS B. FERRIS
TERENCE H. DEMARZO
ROBERT M. MAZZEI
ROBERT M. MICHELL
MILES A. LINEFSKY

55 WATER STREET • 28TH FL.
NEW YORK, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

NOT A PARTNERSHIP OR PROFESSIONAL
CORPORATION

DANIEL P. ROCCO
MICHAEL S. MUNGER
HILLARY A. FRAENKEL
BHAVLEEN K. SABHARWAL
PETER T. MENSCHING
JUSTIN V. BUSCHER
VACH VIVACHARAWONGSE

OF COUNSEL
ALAN J. HARRIS
BRENDAN HENNESSY
JONATHAN E. HILL
MICHELLE GRAMLICH
MITCHELL A. GREENE
RICHARD J. WELLS

December 8, 2020

**By ECF**

Hon. Ronnie Abrams
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

              **Re:** *Juscinska v. Method Residential, LLC*
                   Civil Action Number: 20-cv-06757 (RA)(SN)

Dear Judge Abrams:

      We represent the defendant Method Residential, LLC in the above-captioned litigation. We write on behalf of both parties to request that the time for the parties to file the stipulation of dismissal in this matter be extended from December 8, 2020 to January 8, 2021. This is the parties' first request to extend the time to file the stipulation of dismissal.

      We thank you for your attention to this matter.

                                                Respectfully submitted,

                                                Anthony J. Tomari

Application granted.

                SO ORDERED.

                Hon. Ronnie Abrams
                December 8, 2020