

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

January 8, 2021

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

      Re:    *Natalia Juscinska v. Method Residential LLC*, Case No.: 1:20-cv-6757-RA

Dear Judge Abrams:

      This office represents the Plaintiff Natalia Juscinska ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled and a settlement agreement has been drafted and provided to the defendant. At this time, we are waiting for the defendant to execute the agreement. Respectfully, we are requesting together with counsel for the defendant, a final stay of all deadlines and conferences, for an additional fourteen (14) days so that the parties can finalize the settlement agreement

      We thank the Court for your time and consideration in this matter.

      Respectfully submitted,

      BASHIAN & PAPANTONIOU, P.C.

      */s/ Erik M. Bashian*
      _____
      Erik M. Bashian, Esq.

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
January 11, 2021

cc:    Anthony J. Tomari, Esq. *(via CM/ECF)*