

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

January 25, 2021

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

      **Re:**     _Natalia Juscinska v. Method Residential LLC_, Case No.: 1:20-cv-6757-RA

Dear District Judge Abrams:

      This office represents the Plaintiff Natalia Juscinska ("Plaintiff") in connection with the above-referenced action.  As previously reported, the above-referenced action has been settled.  Respectfully, we are requesting together with counsel for the defendant, an additional fourteen (14) days to file a stipulation of dismissal, as per the terms of the parties' agreement.

      We thank the Court for your time and consideration in this matter.

                 Respectfully submitted,

                 BASHIAN & PAPANTONIOU, P.C.

                 _/s/ Erik M. Bashian_
                 _____
                 Erik M. Bashian, Esq.

                 Application granted.

cc:    Anthony J. Tomari, Esq. _(via CM/ECF)_

                 SO ORDERED.

                 Hon. Ronnie Abrams
                 January 27, 2021